■ NORTHERN SANITATION, INC., Appellant, v HARRIS GRAPHICS CORPORATION BINDERY SYSTEM et al., Respondents.— Appeal from an order of the Supreme Court (Ryan, Jr., J.), entered January 12, 1990 in Clinton County, which granted defendants' motion for summary judgment dismissing the complaint.

Order affirmed, with costs, upon the opinion of Justice Andrew W. Ryan, Jr. Casey, J. P., Mikoll, Yesawich, Jr., Mercure and Crew III, JJ., concur.